# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET S. WISE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; U.S. BANK, N.A. AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST, INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR9; and DOES 1 - 10, inclusive,<br><br>Defendants. | Case No. CV11-8586 CBM (PJWx)<br>Hon. Consuelo B. Marshall<br>Ctrm. 2 - Spring Street<br><br>(~~PROPOSED~~) ORDER<br><br><br>Complaint Filed: October 17, 2011<br>FAC Filed: December 5, 2011<br>Trial Date: October 15, 2013 |

After considering the foregoing Stipulation of the parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is dismissed, with prejudice, as to Defendants WELLS FARGO BANK, N.A. and U.S. BANK NATIONAL ASSOCIATION, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-AR9.

DATED: 7/19/2013

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT COURT JUDGE